UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

DAVID FRAIRE,

        Plaintiff,

  vs.

SAN QUENTIN STATE PRISON MEDICAL STAFF and JENNA STEWART,

        Defendants.

No. C 11-3857 PJH (PR)

**ORDER OF DISMISSAL**

This is a civil rights case filed pro se by a state prisoner. On the day the case was opened the court notified plaintiff he had neither paid the filing fee or submitted an application for leave to proceed in forma pauperis. A copy of the court's form for applications to proceed in forma pauperis was provided with the notice, along with a return envelope. Plaintiff was warned to pay the fees or file an IFP application within thirty days or the case would be dismissed.

Plaintiff has not responded. The case therefore is **DISMISSED** without prejudice. The clerk shall close the files.

**IT IS SO ORDERED.**

Dated: October 11, 2011.

                                    PHYLLIS J. HAMILTON
                                    United States District Judge

P:\PRO-SE\PJH\CR.11\FRAIRE3857.DSM-IFP.wpd